# BELDOCK LEVINE & HOFFMAN LLP
## 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016

CYNTHIA ROLLINGS
JONATHAN MOORE
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MARC A. CANNAN
DAVID B. RANKIN
LUNA DROUBI
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/2024

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
JEFFREY A. GREENBERG
MARJORY D. FIELDS
EMILY JANE GOODMAN
  (JUSTICE, NYS SUPREME COURT, RET)
FRANK HANDELMAN

REF:

WRITER'S DIRECT DIAL:

212-277-5892
rpowers@blhny.com

June 20, 2024

*[Handwritten: Ok, extension granted. Colleen M. M[cMahon] 6/20/2024]*

**VIA ECF**

Hon. Colleen MacMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>*Guzman v. The City of New York, et al* 24-CV-363 (CM)</u>

Your Honor:

    I represent the plaintiff—Ms. Guzman, the mother of Wilson Diaz Guzman and administrator of his estate. I write to request a 2-week extension to file Plaintiff's opposition to the motion to dismiss filed on behalf of Defendants Alam, Bush, Hailand, Chukwuneke, Neely, Salako, Agunwa, Parrilla, Sanchez, Robinson, Suriel, and Samuels. (ECF No. 72).

    This is the first request for an extension. Defendants do not oppose an extension, and the parties have agreed to an **Opposition Deadline of July 5, 2024; Reply Deadline of July 19, 2024.** Additionally, no notice of appearance has been filed for DOC Defendants Parilla, Suriel, Neely, Sanchez, and Samuels. I have not yet requested clarification on this issue from counsel who have appeared and will do so this morning. Plaintiff would like clarification to inform her response.

    We thank Your Honor for your consideration of this matter.

Respectfully submitted,

*[signature]*

Regina Powers

cc: All Counsel (by ECF)