# BELDOCK LEVINE & HOFFMAN LLP
### 99 PARK AVENUE, PH/26ᵀᴴ FLOOR
### NEW YORK, N.Y. 10016

JONATHAN C. MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
PETER S. MATORIN
CYNTHIA ROLLINGS
KAREN L. DIPPOLD
JODY YETZER
MARJORY D. FIELDS
EMILY JANE GOODMAN
  (JUSTICE, NYS SUPREME COURT RET.)
FRANK HANDELMAN

REF:
8476.01
WRITER'S DIRECT CONTACT:

212-277-5825
drankin@blhny.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/2024

December 6, 2024

**VIA ECF**

Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Guzman v. The City of New York, et al.*
      **24-cv-00363(CM)**

Your Honor:

Our firm represents plaintiff Maria Guzman in the above-referenced matter. I write to respectfully request a two-week extension of time to file a motion for leave to amend the complaint. This is the first request for this relief, and I write with the consent of the defendants. I request this extension because the associate assigned to this case, who was primarily responsible for this motion, has gone on a medical leave. As a result, work assignments are being shuffled to accommodate having one fewer associate and getting a new associate up to speed on this case, in addition to other obligations this absence has created. Additionally, the undersigned is out of State at a CLE from December 11ᵗʰ to 13ᵗʰ.

The requested modification to the schedule is below. The reason for the length of time for the response is due to defense counsel being out of the office for the holidays.

*[Handwritten annotation: 12/9/2024 OK but no further additional after this]*

BELDOCK LEVINE & HOFFMAN LLP

Hon. Colleen McMahon
December 6, 2024
Page 2

|  | Presently | Requested extension |
|---|---|---|
| Plaintiff's motion: | December 13, 2024 | December 27, 2024 |
| Defendants' response: | December 27, 2024 | January 24, 2025 |
| Plaintiff's reply: | January 3, 2025 | January 31, 2025 |

We appreciate Your Honor's consideration of this matter.

Respectfully submitted,

David B. Rankin

cc: All Counsel (by ECF)