**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MARIA A. GUZMAN,

                           Plaintiff,                       **24-CV-00363 (CM) (VF)**

        -against-                                 **ORDER**

THE CITY OF NEW YORK, et al.,

                          Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties are directed to file a joint status update on the status of discovery by

**Tuesday, January 20, 2026**.

      **SO ORDERED.**

DATED:     New York, New York
              January 6, 2026

                                      _____
                                      VALERIE FIGUEREDO
                                      United States Magistrate Judge