# BELDOCK LEVINE & HOFFMAN LLP
## 99 PARK AVENUE, PH/26TH FLOOR

JONATHAN C. MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

NEW YORK, N.Y. 10016

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
PETER S. MATORIN
CYNTHIA ROLLINGS
KAREN L. DIPPOLD
JODY YETZER
MARJORY D. FIELDS
EMILY JANE GOODMAN
  (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN
SAM KOOLAQ
ASHA SMITH
MATTHEW MELEWSKI

REF:

WRITER'S DIRECT CONTACT:
212-277-5883
oclark@blhny.com

January 20, 2026

**VIA ECF**
Hon. Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street, Room 1660
New York, New York 10007

      Re:    *Guzman v. The City of New York, et al.; #: 24-cv-00363(CM)*

Your Honor:

      My firm represents Plaintiff in the above captioned matter. We write on behalf of Plaintiff and counsel for Defendants, Alejandra R. Gil, to provide Your Honor with a joint status update on the status of discovery pursuant to Your Honor's order. (ECF No. 123).

      As an initial matter, on January 15, 2026, Plaintiff filed a letter motion regarding discovery disputes at which the parties are at an impasse. (ECF No. 124). Your Honor has scheduled a telephonic discovery conference to address those particular issues. (ECF No. 125).

      As of the date of this filing, Plaintiff has produced approximately 2017 documents/items in the course of discovery. Defendants have also produced over 2000 documents/items in the course of discovery.

      Plaintiff has provided a notice for a site visit and the parties have agreed to conduct the site visit within a month or so. Likewise, the defendants have provided video footage which was preserved in response to the preservation notice. Plaintiff is in the process of reviewing said video footage and will advise defendants if they believe additional evidence should have been preserved

in response to the notice. Should the parties reach an impasse regarding this issue, Plaintiff will move the Court at that time.[1]

The parties have scheduled Plaintiff's deposition for February 5, 2026. As of the date of this filing, no depositions have been scheduled for Defendants. However, Plaintiff intends to conduct greater than 10 depositions due to the number of contacts that Mr. Diaz Guzman had with Defendant's employees.

Additionally, the parties intend to engage in expert discovery. Currently, Plaintiff's expert reports are due on March 6, 2026. (ECF No. 117). Notably, Plaintiffs require the site visit and disputed discovery for the purpose of having expert reports prepared. Defendants' expert reports are due on March 20, 2026. (ECF No. 117).

Finally, all discovery, including expert discovery, is currently set to be completed on or before April 17, 2026. (ECF No. 117).

We appreciate Your Honor's consideration of this matter.

Respectfully submitted,

M. Olivia Clark
Beldock Levine & Hoffman, LLP
99 Park Ave., PH/26th Floor
New York, NY 10016

*Counsel for Plaintiff*

---

[1] Plaintiff is in the process of reviewing video footage provided last week. As this review is ongoing, Plaintiff does not yet know whether there will be further discovery disputes regarding the video footage provided.