**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: August 3, 2026**

The parties are directed to provide another status update on discovery by **August 31, 2026**. The Clerk of Court is respectfully directed to close the motion at ECF No. 142.

**VIA ECF**
Hon. Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street, Room 1660
New York, New York 10007

**Re:** ***Guzman v. The City of New York, et al.; #: 24-cv-00363(CM)***

Your Honor:

My firm represents Plaintiff in the above captioned matter. We write on behalf of Plaintiff and counsel for Defendants to provide another update on the status of ESI discovery and deposition scheduling pursuant to our most recent letter. *See* ECF No. 142.

Regarding ESI, Defendants' counsel anticipates receiving documents from DOC within the week and will then work to review and produce to Plaintiff. Defendants' counsel has also requested clarification on DOC's results from a fifth search term.

Regarding depositions, the parties have completed the deposition of one of the witnesses and have confirmed deposition dates for five more. The parties just learned that one of the remaining witnesses has switched roles and now requires a subpoena, which Plaintiffs are working on. Other than that witness, Plaintiffs are now awaiting dates for two more witnesses, as well as the 30(b)(6) witness(es) who Defendants are communicating with. The parties are holding a potential date for one of the 30(b)(6) witnesses, who they are awaiting confirmation from.

We appreciate Your Honor's consideration of this matter.

Respectfully submitted,

M. Olivia Clark

Beldock Levine & Hoffman, LLP
99 Park Ave., PH/26th Floor
New York, NY 10016

*Counsel for Plaintiff*