**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: September 2, 2026**

The extension request of the deposition deadline is GRANTED. The Clerk of Court is respectfully directed to close the motion at ECF No. 145.

**VIA ECF**
Hon. Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street, Room 1660
New York, New York 10007

**Re:** ***Guzman v. The City of New York, et al.; #: 24-cv-00363(CM)***

Your Honor:

My firm represents Plaintiff in the above captioned matter. We write on behalf of Plaintiff and counsel for Defendants to provide an update on the status of discovery pursuant to the August 31, 2026, order at ECF No. 144.

Regarding ESI, counsel for Defendants states that they intend to make a partial production by Friday, September 4, 2026. Plaintiff has not yet received any ESI discovery.

Regarding depositions, the parties have completed the deposition of three of the witnesses and have confirmed deposition dates for six more. The parties are now working to confirm dates for the final two depositions. After a conference with all the parties, Your Honor set a deadline of September 21, 2026, for the completion of the depositions of certain individuals. *See* ECF No. 141. The parties have been discussing these dates; however, due to conflicting schedules of counsel and the witnesses, it has been difficult to confirm times for the final two depositions before the September 21, 2026, deadline for depositions. Accordingly, the Parties respectfully request a brief, two-week extension of the deadline to conduct depositions, from September 21, 2026, to October 5, 2026. We understand that Your Honor may adjust this deadline, which was set by ECF No. 141.

We appreciate Your Honor's consideration of this matter.

Respectfully submitted,

M. Olivia Clark
Beldock Levine & Hoffman, LLP
99 Park Ave., PH/26th Floor
New York, NY 10016

*Counsel for Plaintiff*