**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

MARIA A. GUZMAN,

Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,

Defendants.

-----------------------------------------------------------------X

**24-CV-00363 (CM) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The undersigned held a settlement conference with the parties on September 14, 2026. Discovery is stayed for thirty days, until **October 15, 2026**, to allow the parties to discuss settlement. The parties are directed to file a status update on settlement by **October 15, 2026**.

**SO ORDERED.**

DATED: New York, New York
September 15, 2026

VALERIE FIGUEREDO
United States Magistrate Judge